UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANDREW C. DAVIS ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:21-CV-292-FL |
| VLADIMIR PUTIN and ROSATOM ) | |
| CORPORATION ) | |
|         Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 13, 2021, and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on December 13, 2021, and Copies To:**
Andrew C. Davis (via US Mail) Central Regional Hospital, 300 Veazey Rd, Butner, NC 27509

December 13, 2021        PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk